# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | | |
|---|---|---|
| DANNY J. JARVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 2:08-cv-01471-RCJ-LRL |
| v. | ) | |
| | ) | **RECOMMENDATION** |
| DEPARTMENT OF MOTOR VEHICLES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Before the court is plaintiff's Motion for Default or Withdrawal (#23). Plaintiff wishes to "withdraw" from this lawsuit. On January 23, 2009, Judge Jones dismissed plaintiff's complaint with leave to amend. *See* #18. Plaintiff now states that he does not wish to file an amended complaint, and no longer wishes to pursue this case. It is therefore recommended that Judge Jones grant plaintiff's motion (#23) and dismiss this case with prejudice.

DATED this 23rd day of February, 2009.

**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**