# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DANNY J. JARVIS, ) | |
| ) | 2:08-cv-01471-RCJ-LRL |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| DEPARTMENT OF MOTOR ) | |
| VEHICLES, *et al.,* ) | |
| ) | |
| Defendants. ) | |

Before the Court for consideration is the Recommendation (#24) of Magistrate Judge Lawrence R. Leavitt, entered February 23, 2009.

The Court has conducted a review of the record in this case and determines that the Recommendation (#24) of the United States Magistrate Judge entered February 23, 2009, should be affirmed.

IT IS HEREBY ORDERED that Magistrate Judge Leavitt's Recommendation (#24) be affirmed and adopted.  As such, Defendant's Motion for Default or Withdrawal (#23) shall be **GRANTED** and this case shall be **DISMISSED with prejudice.**

IT IS FURTHER ORDERED that Defendant's Motion for Special Order of Court (#22) is **MOOT**.

DATED: March 4, 2009

_____
UNITED STATED DISTRICT COURT